UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAIGE LEE, BUSINESS MOVES CONSULTING, INC., BRANDMIXER, INC., AND CURTIS BORDENAVE<br>    Plaintiff, | CIVIL ACTION<br><br>NO. 20-00839 |
| VERSUS | SECTION I |
| | JUDGE LANCE M. AFRICK |
| LEARFIELD COMMUNICATIONS, LLC A/K/A CLC LEARFIELD IMG COLLEGE, MYPLATES, INC., ANTHONY LAWRENCE COLLECTION, LLC, DEFRON FOBB AND THADDEUS REED D/B/A/ REED ENTERPRISE<br>    Defendants. | MAG. JUDGE KAREN WELLS ROBY |

## DECLARATION OF KAMESHA HILL

STATE OF MISSISSIPPI

COUNTY OF HINDS

NOW COMES Kamesha Hill, who, under penalty of perjury, states as follows:

1.      My name is Kamesha Hill.  I am over 18 years of age and competent to make this Declaration.

2.      I have personal knowledge of the facts stated herein, and these facts are true and correct to the best of my knowledge, information, and belief.

3.      I am employed by Jackson State University ("JSU") as Executive Director,

EXHIBIT 1

Auxiliary Enterprises.

4.      In my capacity as Executive Director, Auxiliary Enterprises for JSU, I am familiar with JSU's books and records, including the records attached at Tabs "A," "B," and "C" to this Declaration.

5.      JSU is a public four-year university located in Jackson, Mississippi.

6.      JSU is a state-created political body funded by the state (and taxpayers) of Mississippi.

7.      Since the 1940s, "Thee I Love" has been the alma mater for JSU.

8.      The words "Thee I Love" feature prominently in JSU's fight song, "Jackson Fair," which is performed by JSU's band, "The Sonic Boom of the South," after commencement, convocations, and sporting events, such as football and basketball games.

9.      "Thee I Love" is featured on the official Mississippi vanity license plate for JSU.

10.     JSU has filed a number of federal trademark applications for one or more formative versions of THEE I LOVE, including HAIL TO THEE, U.S. Reg. No. 6,050,006; THEE I LOVE! (and design), U.S. Ser. No. 88/730,067 (application pending), and THEE I LOVE, U.S. Ser. No. 88/728,596 (application pending).  True and correct copies of JSU's federal trademark applications are attached hereto at *in globo* Tab "A."

11.     JSU has two trademarks for THEE I LOVE registered with the State of Mississippi.  True and correct copies of Mississippi Trademark Reg. No. 15767, registered 9/22/2015; and Mississippi Registration No. 15580, registered 11/14/2019 are attached hereto as *in globo* Tab "B."

2

12.    JSU uses the "Thee I Love" trademark extensively on all sorts of merchandise and apparel.

13.    JSU has contracted with Collegiate Licensing Company, LLC ("CLC") to assist JSU in granting licenses for the use of JSU's trademarks and other indicia on merchandise, including "Thee I Love." A true and correct copy of the Agency Agreement, Amendment to the Agreement By and Between JSU and Strategic Marketing Affiliates (CLC's predecessor-in-interest), and Second Amendment to Agency Agreement is attached hereto at *in globo* Tab "C" (with certain confidential portions redacted).

14.    Paige Lee; Business Moves Consulting, Inc.; Brandmixer, Inc.; and Curtis Bordenave, the plaintiffs in the captioned lawsuit, had no connection whatsoever to JSU or the "Thee I Love" trademark until Mr. Bordenave registered forms of "Thee I Love" with the United States Patent and Trademark Office in the name of his companies, Business Moves Consulting, Inc. and Brandmixer, Inc.

15.    The latter two applications referenced in Paragraph 10 above have been initially refused by the USPTO on the basis of the prior pending application for THEE I LOVE, U.S. Ser. No. 88/707,020 (application pending), by Business Moves Consulting, Inc., and the prior registration for THEEILOVE! (& design), U.S. Reg. No. 5,496,751, by Business Moves Consulting Inc. and Brandmixer, Inc.

16.    JSU is in the process of petitioning to cancel Business Moves Consulting, Inc. and Brandmixer, Inc.'s U.S. Registration for THEEILOVE! (& design), U.S. Reg. No. 5,496,751.

17.    In due course, JSU plans to oppose the registration of the pending application for

THEE I LOVE, U.S. Ser. No. 88/707,020 if and when a notice of allowance is issued and defending its various pending applications for THEE I LOVE noted above.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed this 8th day of _June_, 2020.

_Kamesha Hill_
Kamesha Hill

Signed and sworn to before me on this the 8th day of June, 2020.

Notary Public My commission expires: 3/19/2024

4

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-05-28 14:20:09 EDT |
| **Mark:** | THEE I LOVE |

# Thee I Love

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88728596 | **Application Filing Date:** | Dec. 16, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Feb. 11, 2020

---

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | THEE I LOVE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Vehicle Tag | | |
| **International Class(es):** | 006 - Primary Class | **U.S Class(es):** | 002, 012, 013, 014, 023, 025, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 02, 2010 | **Use in Commerce:** | Sep. 02, 2015 |

| | | | |
|---|---|---|---|
| **For:** | T-shirts, sweatshirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 09, 2010 | **Use in Commerce:** | Sep. 09, 2010 |

| | | | |
|---|---|---|---|
| **For:** | The mark is included in several stanzas of the University Alma Mater which was written in the 1940's | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 1940 | **Use in Commerce:** | Jan. 01, 1940 |

**EXHIBIT 1, TAB A**

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Jackson State University

**Owner Address:** PO Box 18079
1400 John R Lynch Street
Jackson, MISSISSIPPI UNITED STATES 39217

**Legal Entity Type:** state university

**State or Country Where Organized:** UNITED STATES

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** JACKSON STATE UNIVERSITY
JACKSON STATE UNIVERSITY
1400 JOHN R LYNCH STREET
PO BOX 18079
JACKSON, MISSISSIPPI UNITED STATES 39217

**Phone:** 601-979-1578    **Fax:** 601-979-0890

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 11, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 11, 2020 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 11, 2020 | NON-FINAL ACTION WRITTEN | 88579 |
| Feb. 07, 2020 | ASSIGNED TO EXAMINER | 88579 |
| Dec. 20, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 19, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** CANTONE, KERI H    **Law Office Assigned:** LAW OFFICE 104

**File Location**

**Current Location:** TMEG LAW OFFICE 104 - EXAMINING ATTORNEY ASSIGNED    **Date in Location:** Feb. 11, 2020



9/5/2019                                              image003.jpg



BlackTheeILove.jpg





--------- Motto ---------

*"Excellentia Academica Investigatio et Officium"*
(Academic Excellence, Research and Service)

--------- "Jackson Fair" ---------
Pawley-Hall

Jackson fair, Jackson dear
Thee I love, my dear old College home
Thee I love, wherever I may roam
Jackson fair, Jackson dear.

Jackson fair, Jackson dear
Thee I love, thy colors rich and bright
Thee I love, the blue and the white
Jackson fair, Jackson dear.

Refrain

Hail, hail to thee, Yes hail to thee;
Hail to the College of my heart
Hail, hail to thee, Yes, hail to thee;
Hail to the College of my heart.

--------- Mascot ---------



"Panthera Tigris Tigris"
(Bengal Tiger)

--------- Fight Song ---------

Cheer Boys For Jackson
Jackson Will Win
Cheer Boys for Jackson
Never Give In
You Do Your Best, Boys
We Will Do The Rest, Boys
Cheer Boys for Victory
Rah! Rah! Rah!

Fight For the Right, Boys
Jackson Will Win
Fight With All Your Might, Boys
Never Give In
You Do the Best, Boys
We Will Do the Rest, Boys
Cheer Boys for Victory
Rah! Rah! Rah!

--------- Honor Code ---------

"I will be honest in all of my academic course work and will not indulge in or tolerate the academic dishonesty of my counterparts or peers. I will not partake in any type of misconduct, misrepresentation, or immoral behavior that will harm, damage or endanger any person, property or myself or reflect negatively against me or hinder my academic continuance. I will strive to achieve excellence and to complete degree requirements without hesitation. I am a valuable part of the Jackson State University family, and proud of it."

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88728596**
**Filing Date: 12/16/2019**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88728596 |
| **MARK INFORMATION** | |
| *MARK | Thee I Love |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Thee I Love |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Jackson State University |
| **INTERNAL ADDRESS** | PO Box 18079 |
| *STREET | 1400 John R Lynch Street |
| *CITY | Jackson |
| *STATE (Required for U.S. applicants) | Mississippi |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 39217 |
| **PHONE** | 601-979-1578 |
| **FAX** | 601-979-0890 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **WEBSITE ADDRESS** | www.jsums.edu |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | state university |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 006 |
| *IDENTIFICATION | Vehicle Tag |

| FILING BASIS | SECTION 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 09/02/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/02/2015 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-14313224337-20191216134527395679_._MS_License_Plate_Class_06.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\887\285\88728596\xml1\RFA0003.JPG |
| SPECIMEN DESCRIPTION | The specimen is used on motor vehicle tags in the state of MS and are currently in production in the states of TX and TN |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | T-shirts, sweatshirts |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/09/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/09/2010 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-14313224337-20191216134527395679_._Thee_I_Love_Tshirt.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT17\IMAGEOUT17\887\285\88728596\xml1\RFA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\887\285\88728596\xml1\RFA0005.JPG |
| SPECIMEN DESCRIPTION | The specimen is used on hoodies, t-shirts, sweatshirts, etc. |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | The mark is included in several stanzas of the University Alma Mater which was written in the 1940's |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/01/1940 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/1940 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-14313224337-20191216134527395679_._Alma_Mater__2_.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\887\285\88728596\xml1\RFA0006.JPG |
| SPECIMEN DESCRIPTION | The specimen shows Thee I Love in the University Alma Mater |

## CORRESPONDENCE INFORMATION

| NAME | Jackson State University |
|---|---|
| FIRM NAME | Jackson State University |
| INTERNAL ADDRESS | PO Box 18079 |
| STREET | 1400 John R Lynch Street |
| CITY | Jackson |
| STATE | Mississippi |
| COUNTRY | United States |

| | |
|---|---|
| **ZIP/POSTAL CODE** | 39217 |
| **PHONE** | 601-979-1578 |
| **FAX** | 601-979-0890 |
| **\*EMAIL ADDRESS** | kamesha.m.hill@jsums.edu; edward.o.watson@jsums.edu; auxiliary.enterprises@jsums.edu; contractual.services@jsums.edu |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 3 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| **\*TOTAL FEE DUE** | 825 |
| **\*TOTAL FEE PAID** | 825 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Kamesha Hill/ |
| **SIGNATORY'S NAME** | Kamesha Hill |
| **SIGNATORY'S POSITION** | Executive Director Auxiliary Enterprises |
| **SIGNATORY'S PHONE NUMBER** | 601-979-1578 |
| **DATE SIGNED** | 12/16/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88728596**
**Filing Date: 12/16/2019**

## To the Commissioner for Trademarks:

**MARK:** Thee I Love (Standard Characters, see mark)
The literal element of the mark consists of Thee I Love. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Jackson State University, a state university legally organized under the laws of United States, having an address of

> PO Box 18079
> 1400 John R Lynch Street
> Jackson, Mississippi 39217
> United States
> 601-979-1578(phone)
> 601-979-0890(fax)
> XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 006:  Vehicle Tag

In International Class 006, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/02/2010, and first used in commerce at least as early as 09/02/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The specimen is used on motor vehicle tags in the state of MS and are currently in production in the states of TX and TN.

**Original PDF file:**
SPE0-14313224337-20191216134527395679_._MS_License_Plate_Class_06.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

International Class 025:  T-shirts, sweatshirts
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/09/2010, and first used in commerce at least as early as 09/09/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The specimen is used on hoodies, t-shirts, sweatshirts, etc..

**Original PDF file:**
SPE0-14313224337-20191216134527395679_._Thee_I_Love_Tshirt.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

International Class 041:  The mark is included in several stanzas of the University Alma Mater which was written in the 1940's

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/1940, and first used in commerce at least as early as 01/01/1940, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The specimen shows Thee I Love in the University Alma Mater.

**Original PDF file:**

SPE0-14313224337-20191216134527395679_._Alma_Mater__2_.pdf

**Converted PDF file(s)** (1 page)

Specimen File1

For informational purposes only, applicant's website address is: www.jsums.edu

The applicant's current Correspondence Information:

    Jackson State University

    Jackson State University

    PO Box 18079

    1400 John R Lynch Street

    Jackson, Mississippi 39217

    601-979-1578(phone)

    601-979-0890(fax)

    kamesha.m.hill@jsums.edu; edward.o.watson@jsums.edu; auxiliary.enterprises@jsums.edu; contractual.services@jsums.edu (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $825 has been submitted with the application, representing payment for 3 class(es).

**Declaration**

☑   **Basis:**

    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**

    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑   To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑   To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑   The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Kamesha Hill/   Date: 12/16/2019

Signatory's Name: Kamesha Hill

Signatory's Position: Executive Director Auxiliary Enterprises
Payment Sale Number: 88728596
Payment Accounting Date: 12/16/2019

Serial Number: 88728596
Internet Transmission Date: Mon Dec 16 14:33:06 EST 2019
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-201912161433068
44783-88728596-7009531175cabd84d5071a8cf
c6efababea562fc18c2454989a1b671687a86e5-
CC-33058189-20191216134527395679

# Thee I Love



image003.jpg



BlackTheeILove.jpg





--- Motto ---

*"Excellentia Academica Investigatio et Officium"*
(Academic Excellence, Research and Service)

--- "Jackson Fair" ---
Pawley-Hall

Jackson fair, Jackson dear
Thee I love, my dear old College home
Thee I love, wherever I may roam
Jackson fair, Jackson dear.

Jackson fair, Jackson dear
Thee I love, thy colors rich and bright
Thee I love, the blue and the white
Jackson fair, Jackson dear.

Refrain

Hail, hail to thee, Yes hail to thee;
Hail to the College of my heart.
Hail, hail to thee, Yes, hail to thee;
Hail to the College of my heart.

--- Mascot ---



"Panthera Tigris Tigris"
(Bengal Tiger)

--- Fight Song ---

Cheer Boys For Jackson
Jackson Will Win
Cheer Boys for Jackson
Never Give In
You Do Your Best, Boys
We Will Do The Rest, Boys
Cheer Boys for Victory
Rah! Rah! Rah!

Fight For the Right, Boys
Jackson Will Win
Fight With All Your Might, Boys
Never Give In
You Do the Best, Boys
We Will Do the Rest, Boys
Cheer Boys for Victory
Rah! Rah! Rah!

--- Honor Code ---

"I will be honest in all of my academic course work and will not indulge in or tolerate the academic dishonesty of my counterparts or peers. I will not partake in any type of misconduct, misrepresentation, or immoral behavior that will harm, damage or endanger any person, property or myself or reflect negatively against me or hinder my academic continuance. I will strive to achieve excellence and to complete degree requirements without hesitation. I am a valuable part of the Jackson State University family, and proud of it."

**Generated on:** This page was generated by TSDR on 2020-05-29 09:59:22 EDT

**Mark:** HAIL HAIL TO THEE

Hail Hail to Thee

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88730481 | **Application Filing Date:** | Dec. 17, 2019 |
| **US Registration Number:** | 6050006 | **Registration Date:** | May 05, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Supplemental | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | | | |
|---|---|---|---|
| **Amended to Principal Register:** | No | **Date Amended to Current Register:** | Mar. 24, 2020 |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 05, 2020

---

## Mark Information

**Mark Literal Elements:** HAIL HAIL TO THEE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | t shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 01, 2019 | **Use in Commerce:** | Sep. 01, 2019 |

---

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

---

## Current Owner(s) Information

**Owner Name:** Jackson State University

**Owner Address:** 1400 John R. Lynch Street
PO Box 18079
Jackson, MISSISSIPPI UNITED STATES 39217

**Legal Entity Type:** state university   **State or Country Where Organized:** MISSISSIPPI

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** JACKSON STATE UNIVERSITY
JACKSON STATE UNIVERSITY
1400 JOHN R. LYNCH STREET
PO BOX 18079
JACKSON, MISSISSIPPI UNITED STATES 39217

**Phone:** 601-979-1578   **Fax:** 6019790890

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 05, 2020 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Apr. 02, 2020 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 74221 |
| Apr. 01, 2020 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Mar. 24, 2020 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Mar. 24, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 24, 2020 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 24, 2020 | EXAMINERS AMENDMENT -WRITTEN | 88579 |
| Feb. 29, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 74221 |
| Feb. 29, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 74221 |
| Feb. 19, 2020 | ASSIGNED TO LIE | 74221 |
| Feb. 13, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 13, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 13, 2020 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 13, 2020 | NON-FINAL ACTION WRITTEN | 88579 |
| Feb. 11, 2020 | ASSIGNED TO EXAMINER | 88579 |
| Dec. 20, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 20, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION   **Date in Location:** May 05, 2020

# United States of America

## United States Patent and Trademark Office

# Hail Hail to Thee

**Reg. No. 6,050,006**

**Registered May 05, 2020**

**Int. Cl.: 25**

**Trademark**

**Supplemental Register**

Jackson State University (MISSISSIPPI state university )
1400 John R. Lynch Street
Po Box 18079
Jackson, MISSISSIPPI 39217

CLASS 25: t shirts

FIRST USE 9-1-2019; IN COMMERCE 9-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-730,481, FILED P.R. 12-17-2019; AM. S.R. 03-24-2020



Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.





## Artwork Summary

### General Information

| | |
|---|---|
| **Licensee :** | Club Colors Department (64931) |
| **Design # :** | 102119 - F165007 (1) - MiKasa Patton - Black Game Day Tee |
| **Logo Aplication :** | Screenprint |
| **Order Pending :** | Yes |
| **Retailer :** | Department |

Page: 1 of 4



## Artwork Images

Page 1



Page: 2 of 4



Page 2

Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2020 Aspose Pty Ltd.



Page: 3 of 4



**Conceptual Rights Summary**

| Product | CAMP | REST | AMP | SCWC | GDC | SMC | DPT | BDPT | GLFS | SGSS | SMT | ITC | RRET | TDLR | OPC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Men's/Unisex T-shirts (short sleeve-cotton)(01A-1) | - | X | - | - | - | - | - | - | - | - | - | - | - | - | - |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88730481**
**Filing Date: 12/17/2019**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88730481 |
| **MARK INFORMATION** | |
| *MARK | Hail Hail to Thee |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Hail Hail to Thee |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Jackson State University |
| **INTERNAL ADDRESS** | PO Box 18079 |
| *STREET | 1400 John R. Lynch Street |
| *CITY | Jackson |
| *STATE (Required for U.S. applicants) | Mississippi |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 39217 |
| **PHONE** | 601-979-1578 |
| **FAX** | 6019790890 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **WEBSITE ADDRESS** | www.jsums.edu |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | state university |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Mississippi |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 025 |
| *IDENTIFICATION | t shirts |

| FILING BASIS | SECTION 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2019 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/2019 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-14313224337-20191217162242919898_._Hail_Hail_to_Thee_Class_25.pdf |
| CONVERTED PDF FILE(S)<br>(4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\887\304\88730481\xml1\RFA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\887\304\88730481\xml1\RFA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\887\304\88730481\xml1\RFA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\887\304\88730481\xml1\RFA0006.JPG |
| SPECIMEN DESCRIPTION | The specimen contains the mark on a t shirt |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Jackson State University |
| FIRM NAME | Jackson State University |
| INTERNAL ADDRESS | PO Box 18079 |
| STREET | 1400 John R. Lynch Street |
| CITY | Jackson |
| STATE | Mississippi |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 39217 |
| PHONE | 601-979-1578 |
| FAX | 6019790890 |
| *EMAIL ADDRESS | kamesha.m.hill@jsums.edu; edward.o.watson@jsums.edu; auxiliary.enterprises@jsums.edu |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /kamesha hill/ |
| SIGNATORY'S NAME | Kamesha Hill |
| SIGNATORY'S POSITION | Executive Director Auxiliary Enterprises |
| SIGNATORY'S PHONE NUMBER | 601-979-1578 |
| DATE SIGNED | 12/17/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88730481**
**Filing Date: 12/17/2019**

### To the Commissioner for Trademarks:

**MARK:** Hail Hail to Thee (Standard Characters, see mark)
The literal element of the mark consists of Hail Hail to Thee. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Jackson State University, a state university legally organized under the laws of Mississippi, having an address of

    PO Box 18079
    1400 John R. Lynch Street
    Jackson, Mississippi 39217
    United States
    601-979-1578(phone)
    6019790890(fax)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 025:  t shirts

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/01/2019, and first used in commerce at least as early as 09/01/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The specimen contains the mark on a t shirt.

**Original PDF file:**
SPE0-14313224337-20191217162242919898_._Hail_Hail_to_Thee_Class_25.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

For informational purposes only, applicant's website address is: www.jsums.edu
The applicant's current Correspondence Information:

    Jackson State University
    Jackson State University
    PO Box 18079
    1400 John R. Lynch Street
    Jackson, Mississippi 39217
    601-979-1578(phone)
    6019790890(fax)
    kamesha.m.hill@jsums.edu; edward.o.watson@jsums.edu; auxiliary.enterprises@jsums.edu (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /kamesha hill/   Date: 12/17/2019
Signatory's Name: Kamesha Hill
Signatory's Position: Executive Director Auxiliary Enterprises
Payment Sale Number: 88730481
Payment Accounting Date: 12/17/2019

Serial Number: 88730481
Internet Transmission Date: Tue Dec 17 16:32:10 EST 2019
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-201912171632100
74999-88730481-700afa1491e8d48bef8d0daca
5d0eba8737bfed158677a9eb46e6043eff9c7164
b-CC-32086866-20191217162242919898

# Hail Hail to Thee



## Artwork Summary

### General Information

|  |  |
|---|---|
| **Licensee :** | Club Colors Department (64931) |
| **Design # :** | 102119 - F165007 (1) - MiKasa Patton - Black Game Day Tee |
| **Logo Aplication :** | Screenprint |
| **Order Pending :** | Yes |
| **Retailer :** | Department |

Page: 1 of 4



## Artwork Images

Page 1



Page: 2 of 4



Page 2

Evaluation Only. Created with Aspose.Pdf. Copyright 2002-2014 Aspose Pty Ltd.



Page: 3 of 4



**Conceptual Rights Summary**

| Product | CAMP | REST | AMP | SCWC | GDC | SMC | DPT | BDPT | GLFS | SGSS | SMT | ITC | RRET | TDLR | OPC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Men's/Unisex T-shirts (short sleeve-cotton)(01A-1) | - | X | - | - | - | - | - | - | - | - | - | - | - | - | - |

Generated on: This page was generated by TSDR on 2020-05-29 09:57:38 EDT

Mark: THEE I LOVE!



| | | | |
|---|---|---|---|
| US Serial Number: | 88730067 | Application Filing Date: | Dec. 17, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

TM5 Common Status Descriptor:

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Feb. 11, 2020

## Mark Information

Mark Literal Elements: THEE I LOVE!

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of Black HeatVectorian Style Typeface letters in all caps with the capital I in highlight blue and the O in Love replaced with a highlight blue heart.

Color Drawing: Yes

Color(s) Claimed: The color(s) Black, white and highlight blue is/are claimed as a feature of the mark.

Design Search Code(s): 02.11.01 - Hearts excluding hearts as carriers or depicted on playing cards
27.03.05 - Objects forming letters or numerals

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: T-shirts

| | | | |
|---|---|---|---|
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Feb. 01, 2017 | Use in Commerce: | Feb. 01, 2017 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |

| | | |
|---|---|---|
| **Filed 66A:** No | | **Currently No Basis:** No |
| **Filed No Basis:** No | | |

## Current Owner(s) Information

**Owner Name:** Jackson State University

**Owner Address:** PO Box 18079
1400 John R. Lynch
Jackson, MISSISSIPPI UNITED STATES 39217

**Legal Entity Type:** state university      **State or Country Where Organized:** MISSISSIPPI

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** JACKSON STATE UNIVERSITY
JACKSON STATE UNIVERSITY
1400 JOHN R. LYNCH
PO BOX 18079
JACKSON, MISSISSIPPI UNITED STATES 39217

**Phone:** 601-979-1578      **Fax:** 6019790890

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 11, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 11, 2020 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 11, 2020 | NON-FINAL ACTION WRITTEN | 88579 |
| Feb. 07, 2020 | ASSIGNED TO EXAMINER | 88579 |
| Dec. 21, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Dec. 20, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 20, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** CANTONE, KERI H      **Law Office Assigned:** LAW OFFICE 104

**File Location**

**Current Location:** TMEG LAW OFFICE 104 - EXAMINING ATTORNEY ASSIGNED      **Date in Location:** Feb. 11, 2020



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88730067**
**Filing Date: 12/17/2019**

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 88730067 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\887\300\88730067\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | THEE I LOVE! |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) Black, white and highlight blue is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of Black HeatVectorian Style Typeface letters in all caps with the capital I in highlight blue and the O in Love replaced with a highlight blue heart. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 2400 x 1800 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Jackson State University |
| INTERNAL ADDRESS | PO Box 18079 |
| *STREET | 1400 John R. Lynch |
| *CITY | Jackson |
| *STATE (Required for U.S. applicants) | Mississippi |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 39217 |
| PHONE | 601-979-1578 |
| FAX | 6019790890 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | www.jsums.edu |
| **LEGAL ENTITY INFORMATION** | |

| TYPE | state university |
|---|---|
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Mississippi |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| INTERNATIONAL CLASS | 025 |
|---|---|
| *IDENTIFICATION | T-shirts |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/01/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/01/2017 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\887\300\88730067\xml1\ RFA0003.JPG |
| SPECIMEN DESCRIPTION | Specimen includes the mark used on tshirs for the annual University Thee I Love Bash! |

## CORRESPONDENCE INFORMATION

| NAME | Jackson State University |
|---|---|
| FIRM NAME | Jackson State University |
| INTERNAL ADDRESS | PO Box 18079 |
| STREET | 1400 John R. Lynch |
| CITY | Jackson |
| STATE | Mississippi |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 39217 |
| PHONE | 601-979-1578 |
| FAX | 6019790890 |
| *EMAIL ADDRESS | kamesha.m.hill@jsums.edu; edward.o.watson@jsums.edu; auxiliary.enterpriss@jsums.edu |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| SIGNATURE | /kamesha hill/ |
|---|---|
| SIGNATORY'S NAME | Kamesha Hill |
| SIGNATORY'S POSITION | Executive Director Auxiliary Enterprises |
| SIGNATORY'S PHONE NUMBER | 601-979-1578 |
| DATE SIGNED | 12/17/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88730067**
**Filing Date: 12/17/2019**

## To the Commissioner for Trademarks:

**MARK:** THEE I LOVE! (stylized and/or with design, see mark)
The literal element of the mark consists of THEE I LOVE!. The color(s) Black, white and highlight blue is/are claimed as a feature of the mark.
The mark consists of Black HeatVectorian Style Typeface letters in all caps with the capital I in highlight blue and the O in Love replaced with a highlight blue heart.
The applicant, Jackson State University, a state university legally organized under the laws of Mississippi, having an address of
    PO Box 18079
    1400 John R. Lynch
    Jackson, Mississippi 39217
    United States
    601-979-1578(phone)
    6019790890(fax)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 025:  T-shirts

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/01/2017, and first used in commerce at least as early as 02/01/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Specimen includes the mark used on tshirs for the annual University Thee I Love Bash!.
Specimen File1

For informational purposes only, applicant's website address is: www.jsums.edu

The applicant's current Correspondence Information:
    Jackson State University
    Jackson State University
    PO Box 18079
    1400 John R. Lynch
    Jackson, Mississippi 39217
    601-979-1578(phone)
    6019790890(fax)
    kamesha.m.hill@jsums.edu; edward.o.watson@jsums.edu; auxiliary.enterpriss@jsums.edu (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /kamesha hill/   Date: 12/17/2019
Signatory's Name: Kamesha Hill
Signatory's Position: Executive Director Auxiliary Enterprises
Payment Sale Number: 88730067
Payment Accounting Date: 12/17/2019

Serial Number: 88730067
Internet Transmission Date: Tue Dec 17 13:39:58 EST 2019
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-201912171339584
51530-88730067-700355444eb9d3bfbe271f998
78e58c83f421bd32b7edaad8c6cb2193ba627fe7
8-CC-39562419-20191217132357609475





# STATE OF MISSISSIPPI
## SECRETARY OF STATE'S OFFICE
## C. DELBERT HOSEMANN, JR.
### SECRETARY OF STATE
### JACKSON, MISSISSIPPI

Certificate of Trademark Renewal

The Office of the Secretary of State of the State of Mississippi in accordance with the provisions of the laws of the State of Mississippi, do hereby certify that

Jackson State University

has filed in this office the necessary papers and certificates to entitle it to the Legal Registration in Mississippi of the following:

THE WORDS: Thee I Love

This mark and/or label is granted for and may be used only upon the following classifications of Goods, Wares, Merchandise or Services:

*T-Shirts, university alma mater, social media*

For a period of five (5) years from and after the date of this Certificate.

Given this 14th day of November, 2019



By:_____

Jeffrey L. Lee
Assistant Secretary of State
Business Services Division
Secretary of State's Office

MS Registration No. 15580

EXHIBIT 1, TAB B

**State of Mississippi**
**Mississippi Secretary of State's Office**
C. Delbert Hosemann, Jr.
PAYMENT BATCH DEPOSIT ITEMS- DEPOSIT REGISTER

PDT: 10/22/2019 10:21AM

Batch Status: Closed

BATCH NUMBER = 10991

| Validation # | Date Paid | Cash | Check | Payer Name | GL Code |
|---|---|---|---|---|---|
| 549004 | 10/18/2019 | $0.00 | $50.00 | JSU | 299900000-43100001-1000111110-W1111000003 |
| 4246488 | 10/18/2019 | $0.00 | $350.00 | JSU | 299900000-43100001-1000111110-W1111000003 |

GL CODE: 299900000-43100001-1000111110W1111000003:   CASH=$0.00, CHECK=$400.00, TOTAL=$400.00

Mobile  **TRADEMARK SEARCH**

Back

No
Image
Available

| Name: | THEE I LOVE |
|---|---|
| State Registration Number: | 15767 |
| Owner Name: | JACKSON STATE UNIVERSITY |
| Status: | Active |
| Classification: | Common metals and their alloys; metal building materials; transportable buildings of metal; materials of metal for railway tracks; non-electric cables and wires of common metal; ironmongery, small items of metal hardware; pipes and tubes of metal; safes; goods of common metal not included in other classes; ores. |
| First Use in Anywhere: | 9/26/2011 |
| First Use in Mississippi: | 9/26/2011 |
| Approval Date: | 09/22/2015 |
| Expire Date: | 09/22/2020 |
| Goods: | UNIVERSITY ALMA MATER, AND SPECIALTY TAG/LICENSE PLATE |
| Description: | THEE I LOVE |

| State: | Mississippi |
|---|---|
| MarkType: | Trademark |

Back

## SECOND AMENDMENT TO AGENCY AGREEMENT

This Second Amendment to Agency Agreement ("Second Amendment"), is made by and between **Jackson State University** ("University"), a Mississippi Institution of Higher Learning, and **Learfield Licensing Partners, LLC**, f/k/a Strategic Marketing Affiliates, Inc. ("Learfield Licensing"), for the purpose of amending and extending the term of the existing Agency Agreement between University and Learfield Licensing.

Whereas, effective July 1, 2007, University and Learfield Licensing entered into an Agency Agreement by which University granted to Learfield Licensing the exclusive right to act as agent for University in the granting of licenses to licensees to use the University's Indicia on merchandise under the terms of said Agency Agreement (the "Agency Agreement"). Capitalized terms not defined in this Second Amendment shall be defined as set forth in the Agency Agreement and any amendment thereto;

Whereas, the initial term of the Agency Agreement was scheduled to expire on June 30, 2011, and effective July 1, 2011, University and Learfield Licensing amended the Agency Agreement for the first time to revise the division of Annual Revenue in Paragraph 6(a), and to extend the term in Paragraph 13 through June 30, 2016 (the "First Amendment");

Whereas, while the current term of the Agency Agreement does not expire until June 30, 2016, as reflected in the First Amendment, University and Learfield Licensing desire to extend the term of the Agency Agreement through June 30, 2020, under the same terms and conditions, as amended by all the First Amendment.

Now, therefore, notwithstanding anything contained in the Agency Agreement to the contrary, including any amendments thereto, and in consideration of the premises and mutual promises and covenants herein contained, University and Learfield Licensing agree as follows:

1.    <u>Term Extended</u>.  University and Learfield Licensing acknowledge and agree that the term of the Agency Agreement, as amended by the First Amendment, is hereby extended to June 30, 2020.

2.    <u>New Name</u>.  All references in the Agency Agreement and First Amendment to "Strategic Marketing Affiliates, Inc." or "SMA" are hereby amended to "Learfield Licensing Partners, LLC" or "Learfield Licensing" as applicable, with a principal operating office at 8900 Keystone Crossing, Suite 605, Indianapolis, Indiana 46240.

3.    <u>Inducement Bonus</u>.  Within 10 business days of the execution and delivery of this Second Amendment, Learfield Licensing agrees to pay to University a one-time, $5,000.00 payment ("Inducement Bonus"). The Inducement Bonus is in addition to the share of the Annual Revenue provided for in Paragraph 6(a) of the Agency Agreement, as amended by the First Amendment.

4.    <u>No Additional Amendments</u>.  Except as stated in this Second Amendment, the Agency Agreement remains unchanged.

EXHIBIT 1, TAB C

In Witness Whereof, University and Learfield Licensing have executed and delivered this Second Amendment by their respective authorized representatives, to be effective as of the date of the last signature.

"University"                                    "Learfield Licensing"
Jackson State University                        Learfield Licensing Partners, LLC

By: _____                  By: _____

Printed Name: Michael Thomas                    Printed Name: Robert G. Bernard

Title: Vice President                           Title: President / CEO

Date: 7-27-15                                   Date: 8-7-15

## AMENDMENT TO THE AGREEMENT BY AND BETWEEN
## JACKSON STATE UNIVERSITY
## AND STRATEGIC MARKETING AFFILIATES

This AMENDMENT shall modify the terms and conditions of the AGREEMENT between Jackson State University ("UNIVERSITY"), a Mississippi Institution of Higher Learning and Strategic Marketing Affiliates, Inc. ("SMA"), an Indiana Corporation, having its principal place of business at 201 South Capitol Avenue, Suite 520, Indianapolis, IN 46225 which was made effective July 1, 2007. The AGREEMENT, any existing Exhibits as identified by the AGREEMENT and this AMENDMENT shall be collectively referred to herein as the "AGREEMENT".

Terms used in this AMENDMENT that have been defined in the AGREEMENT have the same meaning as defined in the AGREEMENT. Furthermore, Section and Paragraph numbers, or any other numbering system, in this AMENDMENT corresponds to the Sections and Paragraphs numbers in the AGREEMENT.

**Recitals**

WHEREAS, the AGREEMENT provides in Paragraph 13 that the AGREEMENT will expire on June 30, 2011; and

WHEREAS, SMA and UNIVERSITY are both interested in renewing the AGREEMENT consistent with the existing terms and conditions; and

NOW, THEREFORE, notwithstanding anything contained in the AGREEMENT to the contrary, and in consideration of the mutual promises contained herein, SMA and UNIVERSITY agree to this AMENDMENT as follows:

6. <u>Payments</u> – As described in Paragraph 6(a) of the agreement shall be modified as follows:

*With regard to Annual Revenue received by SMA resulting from use of the Indicia including, without limitation, royalties, minimum guarantee payments, and licensing fees from licensees during the Term, and any extensions and/or renewals, of this Agreement, SMA and University shall share in all generated Annual Revenue in accordance with the following schedule:*



*Payments hereunder shall be made to University on a quarterly basis, within thirty (30) days following the end of each fiscal quarter. Payment shall be accompanied by a report setting forth information to enable an independent determination of the amounts due hereunder. SMA shall keep records of operations hereunder for at least four years after the date of payment and shall make such records reasonably available during normal business hours for examination by a representative of University to the extent necessary to verify the payments herein provided.*

13. <u>Terms</u> – As described in Section 13, shall be modified as follows:

*This Agreement shall begin effective July, 1 2011 and shall expire on June 30, 2016, unless sooner terminated or extended in accordance with the provisions hereof.*

All other terms and conditions of the original Agency Agreement shall remain in effect. This amendment shall be made part of the original Agency Agreement.

IN WITNESS WHEREOF, the parties hereto have signed and dated this Renewal to the AGREEMENT as indicated herein

JACKSON STATE UNIVERSITY

By: *Carolyn W Meyers*

Title: President

Date: 07/19/2011

STRATEGIC MARKETING AFFILIATES, INC.

By: *Robert M. Bernard*

Title: President

Date: JUNE 25, 2011

# AGENCY AGREEMENT

This is an Agreement by and between Jackson State University, 1400 John R. Lynch Street, Jackson, MS (hereinafter referred to as "JSU" or "the University"), a Mississippi Institution of Higher Learning and Strategic Marketing Affiliates Inc., an Indiana Corporation, having its principal place of business at 201 South Capitol Avenue, Suite 520, Indianapolis, Indiana 46225 ("SMA" or "the Company"), collectively referred to as the "parties".

Whereas, JSU is the owner of certain designations including designs, trademarks, service marks, logographics, symbols and other Indicia, as hereinafter defined; and

Whereas, SMA desires to act as JSU exclusive agent to license the use of one or more of the Indicia, as hereinafter defined, in connection with the marketing of various articles of merchandise and to conduct certain Promotions, as hereinafter defined; and

Whereas, JSU desires to appoint SMA to act as University's exclusive 3-Year agent to license the use of the Indicia in such manner as to preserve the integrity, character and dignity of JSU and maintain the reputation of the Indicia as designating high quality merchandise.

Now, therefore, in consideration of the premises and the mutual promises and covenants herein contained, the parties hereto agree as follows:

1.      DEFINITIONS - For the purposes hereof:

(a)      "Indicia" means the designs, trademarks, service marks, logographics and symbols which have come to be associated with the University including those set forth in Appendix A hereto.

(b)      "Territory" means the United States of America, its territories, and possessions, and the Commonwealth of Puerto Rico, as well as United States military bases abroad.

(c)      "Premium" means any article given free or sold at less than the usual selling price, for the purpose of increasing the sale, promoting or publicizing any other product or any service, including incentives for sales force, trade or consumer.

(d)      "Promotion" means any activity involving the presentation of Indicia through advertising, publicity, or other means of exposure, in or on merchandise, Premiums, point of purchase displays, print, electronic or any other medium.

(e)      "Annual Revenue" means the revenue received by SMA resulting from the use of the Indicia, during the period of July 1st to June 30th of any year of this Agreement.

(f)      "Sample of Merchandise" means any intellectual property which represents the Trademark, service marks, logographic and symbols of the University, including apparel, non-apparel or hardgoods, etc.

1

2.      GRANT OF AGENCY - Subject to the limitations of Section 4, University appoints SMA as University's exclusive agent to appoint licensees to use the Indicia on merchandise sold through retail channels in the Territory and to conduct Promotions in the Territory in the manner, but only in the manner, hereinafter set forth.  It is further understood and agreed that SMA shall not have actual or apparent authority to bind the JSU to contracts.  All contracts which purport to bind JSU must be signed by authorized JSU signatories as established by JSU policy.  SMA will operate as agent and third-party administrator for the limited purpose contemplated by this agreement and in a manner consistent with the relationship of the parties as set forth in Section 11 below.

3.      APPROVALS – Subject to the conditions specified in this Agreement and enumerated in Appendix D, SMA shall use its best efforts during the Term of this Agreement to identify and conclude business arrangements with Licensees which are advantageous to JSU.

SMA agrees that it will permit the use of the Trademark, as noted in Appendix A, only in connection with merchandise, marketing and promotions of the kind or character approved by JSU. SMA acknowledges that if merchandise sold by licensees is of inferior quality in design, material or workmanship, the substantial goodwill that JSU possesses in the Trademark may be impaired. Accordingly, SMA undertakes that the marketing and promotions will be done in such a way as to preserve the integrity, character and dignity of JSU and that the items of merchandise shall be of high quality.   To assure the implementation of the stated purposes, SMA will:

        (a)      For merchandise of the types described in Appendix B hereto, SMA will inspect samples of the merchandise and/or artwork, and shall submit all samples to JSU for its approval and retention, in accordance with subparagraph 3(c), specification descriptions of the merchandise, photographs thereof, and, if amenable, sample swatches.  In addition, when appropriate, on a rotating basis with other universities being represented by SMA with regard to the same merchandise, SMA may submit actual samples to one or more of said other universities.  If approved by JSU and if SMA believes that the sample is of the quality contemplated by this Agreement, SMA may approve the sample as the prototype of merchandise for production and sale.

        (b)      For merchandise of types not described in Appendix B or for which the Trademark to be used thereon depart significantly from the Trademark in Appendix A, SMA shall, before it permits the sale or distribution of any item of merchandise, furnish and submit to JSU free of cost and for approval, a sample of each item of merchandise bearing the University registered marks.

        (c)      Recognizing the time constraints of production schedules, JSU shall have five (5) business days from receipt of a sample for approval in which to reject said sample, and in the absence of rejection, or upon earlier written acceptance, the sample shall be deemed as accepted to serve as an example of quality for that item.  Only items manufactured in accordance with the corresponding samples accepted hereunder, and which have substantially the same relative quality position in the marketplace as do the samples thereof, may be permitted to bear the Trademark.  However, SMA may furnish to JSU a further sample of any item of merchandise for which a change in quality, style and/or appearance is desired, and JSU shall have five (5) business days from receipt thereof in which to reject the further sample in writing; failure to reject will be deemed to be approval of the further sample as an example of quality for that item of merchandise.

2

(d)      SMA shall submit all marketing and promotion materials developed by SMA to JSU for approval; however, SMA shall consult with the University Communication/Public Relations Office during the development stages.

(e)      SMA shall conduct and submit an annual review to University at the end of each agreement period.   The annual review shall include, but not limited to, collection of royalties, management of licensees, customer satisfaction results, audit results, marketing issues, a proven "win-win" client-consultant relationship and overall review of any enhancement to the University Licensing Program.

(f)      SMA agrees to conduct an annual survey among JSU acquired licensees and SMA acquired licensees to determine customer service satisfaction.

(g)      SMA shall assist and monitor game day events, at retail and on-line with University officials(see Appendix D) at predetermined home games (i.e. Classics, homecoming, etc.).  SMA further agrees to consult with local law enforcement officials to assist with the University enforcement mission. It is strongly recommended that a SMA Representative attend the game day meetings which are scheduled on Wednesday prior to home games, to address any concerns.

(h)      SMA shall assist and monitor retail outlets, venues, department stores, franchises, etc. to ensure proper and fair market product display.

4.      EXCEPTIONS - The grant of Paragraph 2 shall not be exclusive, or shall not apply with respect to any item of merchandise, Indicia, and/or company listed in Appendix C hereto, and/or to any company doing business in a location listed in Appendix C, in accordance with the indications set forth in Appendix C.

5.      SMA SERVICES – SMA shall provide University with the basic licensing program services as set forth in Appendix D attached hereto.

6.      PAYMENTS

(a)      With regard to quarterly gross revenues received from SMA resulting from use of the Trademark including, without limitation, royalties, minimum guarantee payments, and licensing fees from licensees during the Term, and any extensions and/or renewals, of this Agreement, SMA and JSU shall share in all generated quarterly gross revenues on an quarterly basis in accordance with the following schedule:



(b)      SMA agree that the University reserves the right to determine all annual advance fees, renewal fees and royalty commission percentage rates. Based on peer institutions and current market rates, JSU and SMA shall mutually agree to modify, accordingly.

Both parties understand that SMA shall collect and disburse to the University quarterly royalties generated from the sale of the University Trademark.  After commissions are deducted for SMA, payments hereunder shall be made to JSU on a quarterly basis, within thirty (30) business days following the end of each fiscal quarter, namely July-September, October-December, January-March and April-June, being the last quarter.

Payment shall be accompanied by a report setting forth information to enable an independent determination of the amounts due hereunder.  SMA shall keep records of operations hereunder for at least four (4) years after the date of payment and shall make such records reasonably available during normal business hours for examination by a representative of JSU or a third party auditing firm, to the extent necessary to verify the payments herein provided.

(c)      JSU will be responsible for all annual pre-approved SMA expenses for one (1) SMA representative. SMA will submit all proposed expenses to JSU officials at least two (2) weeks in advance, for approval of travel, when applicable.  Expenses will include, but are not limited to, travel, lodging, artwork design, printing, etc. and payment can be drawn from licensing quarterly gross revenue.   SMA agrees to follow the University policy and guidelines for all travel expenses. *The University reserves the right to request additional documentation and/or reject any reimbursable expenses not approved by the University.*

d)      To the extent permitted by law, JSU agrees that it will not disclose the terms of Section V. Commission, hereof to other colleges and universities without the prior consent of SMA, which consent shall not be unreasonably withheld.

7.      MANNER OF PAYMENT - All amounts payable to JSU shall be paid in United States dollars by check made payable to Jackson State University and sent to the **Office of Contractual Services, JSU Box 18079, 1400 J. R. Lynch Street, Jackson, Mississippi 39217.**

8.      LEGAL

 (a) SMA understands and agrees that, except when JSU and SMA have conflicting interests, JSU shall have the sole right, in JSU discretion, to control the prosecution or defense of any action or lawsuit in which JSU and SMA are named parties, to decide whether to file and prosecute an action or lawsuit, or to appeal any judgment adverse to JSU as a joint or individual party, or to compromise or settle any potential or pending action or lawsuit, in any matter against a third party arising out of or related to this Agreement. SMA further understands and agrees that JSU shall have the sole right, in JSU discretion, to select and retain counsel for any of these purposes. JSU agrees to consult with SMA, to the extent that it is feasible and not prejudicial to JSU interest, before making any final decision in any matter in which JSU and SMA are aligned against a third party, and JSU and SMA further agrees that it shall not commit either party to the terms of any compromise or settlement which would make JSU or SMA wholly or partly responsible for the payment of money to a third party without the prior written consent fro JSU or SMA, which shall not be unreasonably withheld.

(b)      SMA undertakes and agrees to provide to JSU, any evidence, documents, and testimony which may be requested by JSU to assist in the filing, prosecution, settlement, or appeal of any action or lawsuit, or potential action or lawsuit, in any court or in any state or federal agency, against any third party arising out of or related to this Agreement or in the defense by JSU of any action against JSU. SMA shall join as a party plaintiff or defendant with JSU at JSU request.  In the event SMA is joined in

4

any of said actions, either as party plaintiff or party defendant, it is understood that any expenses incurred by SMA in connection therewith, shall be paid by SMA, and JSU shall have no liability for paying said expenses.

(c)     JSU shall pay the costs and expenses of any action or lawsuit when JSU is a party thereto against a third party in any matter arising out of or related to this Agreement. Any award of attorneys' fees shall be paid solely to JSU, and SMA shall not share therein. Any damages or profits ordered to be paid to JSU by any third party in any matter arising out of or related to this Agreement will, to the extent that such damages or profits are actually collected by JSU, be first retained by JSU to reimburse JSU fully for all costs and expenses incurred in the action or lawsuit, including compensation for the time spent by JSU employees in connection with the action or lawsuit, and any remaining money, to the extent that it is compensation for royalties commissions only, otherwise payable, will be divided between JSU and SMA as mutually agreed upon by the parties.

9.     NOTIFICATION OF CLAIMS - In the event that either JSU or SMA learns or becomes aware that any third party has made or may make a claim against JSU or SMA for any matter arising out of or related to this Agreement, the party learning or becoming aware of such actual or potential claim shall notify the other, via telephone or email, on the same day, and shall follow such telephonic notification with a full written report within five (5) business day period.

10.     INQUIRIES - JSU agrees that, if any potential licensee of Trademark directs an inquiry to JSU, such inquiry will be addressed by the University and forwarded to SMA. SMA agrees that, upon receiving any inquiry from a potential licensee, whether from JSU or directly from such potential licensee, SMA will handle said licensee request in an expeditious manner.

It is expressly understood and agreed by both parties, the University Licensing Program will function as prescribed by University administrators.  In furtherance, SMA will serve as the University third party administrator. However, the University reserves the right to continue its hands-on relationship with approved small business licensees in an effort to maintain a close relationship with the University. As the University Licensing Program transitions to the third party administrator, the University will make every reasonable effort to maintain continued support from these licensees, namely "mom & pop" operations.

11.     RELATIONSHIP OF PARTIES - It is expressly understood and agreed that SMA is an independent corporation and that the services described herein do not arise in the course of an employer-employee relationship, partners or joint ventures.

Nothing herein shall give SMA any right, title, or interest in any Trademark of JSU except the limited interest specifically stated in this Agreement, and all use by any licensee of any of the Trademark shall inure to the benefit of JSU.  Neither SMA nor any licensee is empowered to state or imply, either directly or indirectly, that SMA or any licensee or any activities other than those pursuant to this Agreement and licenses issued pursuant to this Agreement are supported, endorsed or sponsored by JSU, and upon the direction of JSU, express disclaimers to that effect will be issued.

12.     INDEMNIFICATION - University shall have no liability for any item manufactured or sold by a licensee, and SMA shall require all licensees to indemnify and hold harmless University and officers, employees, servants, and agents thereof from any and all liability caused by or arising from workmanship, material or design of any item manufactured or sold under any Indicia pursuant to a

5

license granted pursuant to this Agreement.  SMA shall require that each licensee that it have and maintain liability insurance sufficient to cover all foreseeable product liability claims. University shall not be liable to SMA or to any licensee, as the result of activities by SMA or any licensee hereunder for infringement of any patent, copyright, or trademark belonging to any third party, or for damages or costs involved in any proceeding based upon any such infringement, or for any royalty or obligation incurred by SMA or any licensee because of any patent, copyright or trademark held by a third party except where Indicia is used as expressly authorized in this Agreement.  Therefore, the aforesaid indemnity and hold harmless agreement shall not be applicable to any liability based upon the established negligence of the University.

SMA agrees to provide to the University proof of liability insurance coverage, based on industry standards or prudent calculations, and shall be maintained by SMA to cover foreseeable risks and liabilities.

13.    TERM - This Agreement shall commence on July 1, 2007 and shall expire on June 30, 2010, unless sooner terminated or extended in accordance with the provisions hereof.  This Agreement shall automatically be renewed for a one (1) year period, namely, July 1, 2010 through June 30, 2011, following the same commission schedule as outlined in 6(a) and under the same terms and conditions as stated unless either party shall give written notice of its intent of non-renewal or termination at least sixty (60) calendar days prior to the end of the agreement period.  Upon termination, expiration or non-renewal hereof, all rights of SMA shall forthwith terminate, except SMA shall receive thirteen (13%) percent of all Annual Royalty Gross Revenue generated from any and all licensees signed on with the University by SMA, not inclusive of the existing approved licensees obtained prior to this agreement by the University (see Appendix E), from the inception of this agreement for a period of one year (July 1, 2010 through June 30, 2011).

14.    DEFAULT - If either University or SMA shall fail to perform any of the material terms or conditions of this Agreement and such material breach shall not have been cured within thirty (30) days after the non-defaulting party has given written notice thereof, the non-defaulting party shall have the right to terminate this Agreement, without prejudice to the right of compensation for losses and damages.

15.    INSOLVENCY - To the extent then permitted by law, this Agreement shall be terminated immediately if SMA shall make any assignment for the benefit of creditors, or shall file any petition under the Bankruptcy Act for reorganization, or file a voluntary petition of bankruptcy, or be adjudicated bankrupt or insolvent, or if any receiver is appointed for its business or property, or if any trustee in bankruptcy or insolvency shall be appointed under the laws of the United States or of the several states.

6

16.    NOTICES - All notices or other communications required or desired to be sent to either party shall be in writing and sent by Registered or Certified Mail, postage prepaid, return receipt requested, facsimile or by overnight express delivery, charges prepaid.

If to JSU:                                    If to SMA:

**JACKSON STATE UNIVERSITY**              **STRATEGIC MARKETING AFFILIATES**
*Attn: Alcinia Pugh*                       *Attn.: Robert Bernard, CEO*
*Director, Contractual Services*           *Pan America Plaza*
*JSU Box 18079*                            *201 South Capitol Suite 520*
*Jackson, MS 39217*                        *Indianapolis, IN 46225*
*(601) 979-1578*                           *(317) 829-5690*

Either party may change such address by notice in writing to the other party.

17.    SEVERABILITY - It is understood and agreed by the parties hereto that if any part term or provision of this contractual Agreement is by the courts or other judicial body held to be illegal or in conflict with any law of the State of Mississippi, the validity of the remaining portions or provisions shall not be affected and the obligations of the parties shall be construed in full force as if the Agreement did not contain that particular part, term, or provision which was held to be invalid.

18.    NONASSIGNABILITY - The University shall not owe or be liable for performance of duties or obligations which arise under this Agreement to any partner, person, or entity other than SMA. JSU and SMA understands and agree that it shall not assign, transfer, delegate, or subcontract with respect to any of its rights, benefits, obligations, interests or duties under this Agreement without the written consent of both parties.

19.    INTEGRATED AGREEMENT - This Agreement constitutes the entire agreement and understanding between the parties hereto and cancels, terminates and supersedes any prior agreement or understanding relating to the subject matter hereof between the University and SMA. There are no representations, promises, agreements, warranties, covenants or understandings other than those contained herein. None of the provisions of this Agreement may be waived or modified except expressly in writing and signed by both parties. However, failure of either party to require the performance of any term in this Agreement or the waiver by either party of any breach thereof shall not prevent subsequent enforcement of such term nor be deemed a waiver of any subsequent breach. Paragraph headings are for convenience only and shall not add to or detract from any of the terms or provisions of this Agreement. When necessary for appropriate meaning, a plural shall be deemed to be singular and a singular shall be deemed to be the plural.

20.    GOVERNING STATE - This Agreement shall be interpreted, construed, and enforced in accordance with the laws of the State of Mississippi. Any suit or proceeding hereunder shall be brought exclusively in Hinds County, Mississippi, and each of the parties agrees to waive any objection that any state or federal court of Hinds County, Mississippi is an inconvenient forum.

7

21.  APPLICABLE LAW - SMA shall comply with all applicable federal,
state and local law as well as applicable regulations and codes while performing these services. If SMA
requires a license, permit or similar certification to perform these services in the State of Mississippi,
SMA shall obtain, at is own expense, any license, permit or certificate prior to commencing work under
this agreement and the abovementioned requirements shall not be included in any reimbursable
expenses to the University.

## 22. MISSISSIPPI STATE AGENCY PROVISIONS

(a) Nondiscrimination.  The parties agree to comply with all applicable state and federal laws,
rules, and regulations governing equal employment opportunity, immigration,
nondiscrimination, including the Americans with Disabilities Act, and affirmative action.

(b) Conflict of Interest.  This agreement is subject to Section 25-4-101 of the Mississippi Code
Annotated, as amended.  This agreement may be cancelled if any person significantly involved
in the initiating, negotiating, securing, drafting or creating of this agreement on behalf of the
University is an employee, consultant, or agent of any other party to this agreement.

(c) Records.  SMA shall retain a copy of all records relating to this agreement during the
agreement's term and for an additional three (4) years.  Further, such records will be available at
reasonable times for inspection and audit by University or the Auditor General of the State of
Mississippi during the term of this agreement and for three (4) years thereafter.  A copy of the
records shall be provided at Jackson State University in Jackson, Mississippi, upon request.

(d) Failure of Legislature to Appropriate.  If University's performance under this agreement
depends upon the appropriation of funds by the Mississippi legislature, and if the Legislature
fails to appropriate the funds necessary for performance, then University may provide written
notice of such nonappropriation and cancel this Agreement without further obligation of
University.  Appropriation is a legislative act and is beyond the control of the University.

**IN WITNESS THEREOF**, the parties hereto have executed this Agreement on this _____ day
of June, 2007.

JACKSON STATE UNIVERSITY          STRATEGIC MARKETING AFFILIATES INC.

By: _____      By: _____
        Troy Stovall                              Robert G. Bernard

Title:  Senior V.P. Finance & Operations    Title:  President

Date:  _____    Date:  JUNE 26, 2007

8

## APPENDIX A (Indicia)

Attach University's Indicia









9

## APPENDIX B (Product List)

Attach SMA Product List

10

Appendix B
SMA Product Category List

| Apparel | Headwear | Non-Apparel / Hardgoods | | | | Specialty Items |
|---|---|---|---|---|---|---|

**Apparel**

**T-shirts**
1. Adult T-shirts
2. Tank Tops

**Fashion Apparel**
1. Golf/polo shirts
2. Dress Shirts
3. Denim Shirts

**Outerwear**
1. Jackets
2. Rainwear
3. Performance & Polar Fleece
4. Windshirts
5. Windsuits & Warm-ups

**Miscellaneous Apparel**
1. Beachwear
2. Shorts
3. Pants/Jeans
4. Other
5. Combo Packaged Merchandise

**Replica Team Apparel**
1. Football Jerseys
2. Basketball Jerseys & Shorts
3. Hockey Jerseys
4. Baseball Jerseys
5. Shooting Shirts & tear-away pants
6. Replica Jerseys-other

**Infant/Toddler Apparel**
1. Sportswear sizes 0-4T
2. Sleepwear sizes 0-4T
3. Infant/Toddler Headwear
4. Jerseys/Uniforms sizes 0-4T

**Youth Apparel**
1. Sportswear sizes 5-20
2. Sleepwear sizes 5-20
3. Youth Headwear
4. Jerseys/Uniforms sizes 5-20

**Women's Apparel**
1. Women's sportswear
2. Sweaters and cardigans
3. Lingerie
4. Activewear (work-out apparel)

**Fleece**
1. Adult fleece tops & bottoms

**Loungewear**
1. Adult Sleepwear
2. Robes
3. Boxer Shorts
4. Misc.

**Authentic Sideline Apparel**
1. Football Jerseys
2. Basketball Jerseys & shorts
3. Hockey Jerseys
4. Baseball Jerseys
5. Shooting Shirts & tear-away pants
6. Authentic Jerseys-other

**Clothing Accessories**
1. Gloves/Mittens/Muffs
2. Socks
3. Ties
4. Scarves
5. Headbands & Wristbands

**Headwear**
1. Baseball Caps
2. Other

**Accessories**

**Jewelry**
1. Buttons (lapel/dress)
2. Cloisonne & lapel pins
3. Watches
4. Tie Tacks/Cuff Links
5. Money Clips
6. Bracelets & Charms
7. Earrings
8. Necklaces & Pendants

**Class Rings**
1. Class Rings

**Miscellaneous**
1. Sunglasses/accessories
2. Wallets/purses
3. Hair accessories
4. Umbrellas
5. Luggage
6. Emblems/patches
7. Belt Buckles
8. Belts/Suspenders
9. Bandanas
10. Accessories – Other

**Home & Office**

**Domestics**
1. Bedspreads/Comforters
2. Blankets/Afghans
3. Draperies/Blinds
4. Sheets
5. Tablecloths/place mats
6. Towels
7. Bathroom accessories
8. Wall hangings
9. Fan rings
10. Aprons
11. Miscellaneous-Domestics
12. Clocks
13. Doormats/mats
14. Door panels
15. Doorstops
16. Mirrors
17. Pillows/cushions
18. Plants & accessories
19. Plaques
20. Wastebaskets
21. Telephone & Accessories

**Furniture/Furnishings**
1. Ceiling Fans/Fans
2. Chairs/bean bags
3. Chairs
4. Lounges
5. Mailboxes
6. Portable furniture
7. Tables
8. Bunk Beds
9. Wallpaper & borders
10. Footlockers/trunks

**Office Products**
1. Book ends
2. Bulletin Boards
3. Desk Accessories
4. Picture frames
5. Diploma frames
6. Recognition Awards

**Housewares**
1. Plastic beverage containers
2. Mugs/steins
3. Glass beverage containers
4. Bowls
5. Buckets - Ice
6. China/crystal
7. Coasters
8. Coolers
9. Cutlery
10. Trivets
11. Dishes
12. Sport bottle
13. Trash Bags
14. Miscellaneous-Housewares
15. Trays

**Furniture/Furnishings – Other**
11. Pet
12. Miscellaneous Furniture
13. Carpet/Rugs
14. Switch Plates
15. Night Lights

**Gifts/Novelties**

**Automobile Products**
1. Bumper stickers
2. Car tags/license plates
3. Car flags
4. Car magnets
5. Tire covers
6. Seat & backrest covers
7. Hood & hitch covers
8. Floor mats
9. Air freshener
10. Window decals
11. Window wagons
12. Misc.-Automobile Products
13. Auto emblems

**Collectibles**
1. Coins/medallions
2. Commemorative plates
3. Figurines
4. Spoons/Thimbles
5. Replica buildings/stadiums
6. Die-cast vehicles
7. Trading cards (contact SMA)
8. Miscellaneous-Collectibles

**Signage Products**
1. Banners
2. Magnets
3. Pennants
4. Signs
5. Wind socks
6. Banner devices

**Miscellaneous**
1. Banks
2. Christmas accessories
3. Crossties/knee deposit
4. Key chains/ I.D. tags
5. Koozies
6. Lighters
7. Musical devices/horns
8. Musical novelties
9. Pet Products
10. Picnic Baskets
11. Stadium seats/cushions
12. Storage crates
13. Candles
14. Fan buttons
15. Shoelaces
16. Birdhouses
17. Tattoos (removable)
18. Lanyards
19. Shakers/Foam Hands
20. Frisbees
21. Other-Gifts/Novelties
22. Bells

**Paper/Printing/Publishing**

**Stationery**
1. Balloons
2. Greeting cards/Notecards
3. Notepads
4. Post cards
5. Rubber stamps
6. Stickers/labels
7. Miscellaneous-Stationery
8. Stationery

**Checks**
1. Checks

**Paper products**
1. Napkins
2. Paper plates
3. Wrapping paper/ribbons
4. Gift bags
5. Business cards
6. Misc.-Paper Products

**School supplies**
1. Binders/notebooks
2. Graduation announcements
3. Pens/pencils
4. Pen sets
5. Ring binders
6. Wirebound notebooks
7. Desk calendar

**Publishing**
1. Calendars
2. Calendars
3. Posters
4. Books
5. Lithographs/prints
6. Misc.-Printing/Publishing

**Sporting Goods/Toys**

**Sports Equipment**
1. Backpacks/Fanny packs
2. Baseball/softball accessories
3. Basketball accessories
4. Bowling accessories
5. Fishing accessories
6. Football accessories
7. Golf accessories
8. Golf bags
9. Golf clubs
10. Golf towels
11. Golf balls
12. Tote bags
13. Tents
14. Misc.-Sports Equipment
15. Swimming/Pool Accessories
16. Billiard Accessories

**Balls**
1. Collectible
2. Competition/Leather
3. Rubber - Full-Size
4. Rubber - Mini
5. Foam

**Toys**
1. Plush Mascots
2. Plush
3. Action Figures
4. Other Toys

**Games**
1. Board Games
2. Playing cards
3. Game tables
4. Puzzles

**Electronics**
1. Video games
2. Screen savers
3. Computer accessories
4. Highlight tapes
5. Compact disks & Cases
6. Radios
7. Cassette tapes
8. Calculators
9. Cameras & accessories
10. Miscellaneous-Electronics

**Consumables**
1. Food
2. Candy/gum
3. Beverages
4. Bottled Water
5. Miscellaneous-Consumables

**Health/Beauty**
1. Cologne
2. Soap
3. Toiletries
4. Miscellaneous-Health/Beauty

**Infant Products**
1. Booties & Shoes
2. Bibs
3. Bottles
4. Strollers
5. Blankets
6. Diapers
7. Miscellaneous-Infant

**Other Products**
1. Slippers
2. Sandals
3. Sneakers
4. Other Shoes

**Affinity Cards**
1. Phone Cards
2. Credit Cards

**Internet Products & Services**
1. E-greeting cards
2. Invitation services
3. Calendars
4. Miscellaneous-Internet
5. Customized Apparel/Headwear
6. Banners
7. Realplayers
8. Desktop Assistants
9. Domain Names
10. Internet Service Providers

## APPENDIX C (Exceptions)

The University concurs in the basic concept that no user of its marks and logos should be exempt from royalty payments and will make every good faith effort to comply with this concept.  In furtherance, the University reserves the right to exempt any user or grant user privileges of its Trademark on a royalty free basis, if circumstances warrant that it would be in the best interests of the University and does not unduly impact SMA ability to generate royalties under this Agreement. SMA further agrees, University purchases for internal consumption shall be reviewed and determined for royalty assessment based on the approved University Licensing Program and Guidelines Procedures as it relates to colleges, departments, offices, student organizations, clubs, sports clubs/teams, alumni chapters, unaffiliated agency, clubs and outside vendors, etc, whereby each will be determined on a case by case basis.

11

## APPENDIX D (SMA Services)

**SMA Licensing Program Services**

- ➢ **Consultation & Program Launch**
  - ○ To include, but are not limited to, licensing objectives, strategies and tactics, situation analysis, target markets, issues, and SWOT analysis
  - ○ Provide a comprehensive strategic licensing plan that will serve as the guide for University and SMA in growing the licensing program
  - ○ Establish licensing policies such as royalty rates, exemption policies, and logo usage guidelines, based on market analysis

- ➢ **Accounting Services**
  - ○ Collect royalties from licensees
  - ○ Provide an annual accounting report of licensees along with a quarterly payment of royalty collections to University
  - ○ Perform up to five audits of national bookstore licensees each year

- ➢ **Artwork Services**
  - ○ SMA will provide a "Brand Identity Audit" at the outset of the relationship
  - ○ Logos will be properly digitized and formatted for licensee's production standards
  - ○ Logos will be made available to licensees and University personnel via *Logos On Demand* website
  - ○ Administer artwork approval through SMA web-based approval system
  - ○ SMA allow licensees to submit all artwork electronically

- ➢ **Labeling**
  - ○ Ensure all licensees are required to use the OLCP label and/or hologram on licensed products
    - ▪ OLCP label is the same label used by the majority of the collegiate marketplace
    - ▪ Hologram allows for manufacturer to be traced on-line

- ➢ **Legal Services**
  - ○ Advise with the federal registration process regarding University trademarks
  - ○ Enforcement of University trademarked marks and logos

- ➢ **Licensing Services**
  - ○ Creation of licensing agreements, negotiation and execution of license agreements with approved licensees, and managing license agreement renewals
  - ○ Administer artwork approvals through SMA's web-based approval system
  - ○ Ensure proper product liability insurance coverage from all licensees
  - ○ Coordinate game day monitoring with the University officials
  - ○ Assist with monitoring game day enforcement, as needed

## APPENDIX D (SMA Services)

**SMA Licensing Program Services (continued)**

➢ **Marketing Services**
  - Coordinate and obtain approval of all marketing and promotions materials, brochures, poster boards, through media channels, etc. that shall be disseminated to the general public from the Office of University Communications
  - Distribute licensee lists to the campus bookstore and other local retailers
  - Meet with local retailers during campus visits to discuss the licensing program
  - Advise University officials on the implementation of marketing strategies as a part of the strategic licensing plan.
  - Assist with the development of promotional program and with the University's approval with local businesses and corporations.
  - Maximize retail opportunities on-campus, local & national market, on-line and garner support from untapped revenue base market through alumni, affiliates, etc.

13

## APPENDIX E
### Listing of JSU Licensees as of June 30, 2007

*Licensee*

| | |
|---|---|
| 2Thumbs Entertainment | J.A. Enterprise* |
| American Needle, Inc. | Jansport |
| AMPAD | Jennings Enterprises |
| Andre Allen* | Jones & Mitchell Sportswear |
| Aqua Sheen/ Exylin Co. | Joneswear |
| Bethel Global Network | Jostens, Inc. |
| Bethel International Inc. | King Enterprises* |
| Big Boy Headgear, Inc. | Laser Magic/Creations |
| Carson Industries | League Collegiate Wear |
| Champion Custom Products | Legacy Athletic |
| Charles River Apparel | Little By Little* |
| Chix Appeal Inc. | Logo Chairs, Inc. |
| College Concepts LLC | M.V. Sports/David Peyser |
| College Kids | Meadwestvaco |
| Collegiate Licensing Company | Mercury Luggage Mfg. |
| Continental Communication & Ass.* | Millennium Mats/Fan Mats |
| Creative Knitwear | Milliken & Company |
| CSI International, Inc. | Mundi/Westport |
| Cutter Buck Inc. | N. Him Apparel* |
| Derrin's Tee Shirt Designs LLC* | New Agenda/Perrin |
| Designer Rug Co.* | New Era Cap |
| Dontae' Clark* | Oletha's Gifts & Baskets* |
| Dynastics, Inc.* | Overly Publishing |
| Edden Clothing | Pure Country Weavers |
| Eglomise Designs, Inc. | Quick Sale* |
| Fashion Accessories | Red Oaks/Knights Apparel |
| For Real Accessories* | Rico Industries |
| Four Points Products/Top Sox | Roaring Springs Paper |
| Framing Success | Russell Corporation |
| Gear For Sports | Schutt Sports |
| Goldner Associates | Signature Announcements |
| Group Athletica/Adidas | Spirit Products |
| HBCUNIVERSITY | Stax Hip Hop Wear* |
| Headmaster, Inc. | Storm Duds Rain Gear |
| Herff Jones | Strand Art Company |
| Holloway Sports | Sutter's Mill Specialties, Inc. |
| Hunter Manufacturing | T-Shirt International |
| I Like It Communications | Team Edition Apparel, Inc. |
| It's All Greek to Me/Market Identity | The Cotton Exchange Apparel |

***Represents small retail stores "Mom & Pop"***

14

## APPENDIX E
### Listing of JSU Licensees as of June 30, 2007

*Licensee*(continued)

- The Game, LLC
- Third Street Sportswear
- Tiger Printing*
- Top of the World
- Twins Enterprise
- University Flags& Blankets
- U-TRAU
- Varsity Sportswear
- Viatrin, Inc.
- Walrus Brands, LLC
- Zephyr Graf-X

*\*Represents small retail stores "Mom & Pop"*

15